JAMES A. McDEVITT
United States Attorney
Eastern District of Washington
JAMES P. HAGARTY
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA  98901-2760
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO: CR-08-2109-WFN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING** |
| | ) | **COUNT 2 OF THE INDICTMENT** |
| JUAN IVAN LARIOS-NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

BEFORE THE COURT is Plaintiff's Motion and Declaration for
Order Dismissing Count 2 of the Indictment (Ct. Rec. __12__).

For the reason set forth in Plaintiff's motion, IT IS HEREBY
ORDERED that Plaintiff's Motion and Declaration for Order of
Dismissal of Count 2 of the Indictment (Ct. Rec. __12__) is
GRANTED.

The District Court Executive is directed to enter this Order
and provide copies to counsel and the United States Marshal
Office.

Dated this __24th__ day of October, 2008.


s/ Wm. Fremming Nielsen
_____
WM. FREMMING NIELSEN
UNITED STATES DISTRICT COURT JUDGE

1

1

2       I hereby certify that on October 23, 2008, I

3   electronically filed the foregoing with the Clerk of the Court

4   using the CM/ECF System which will send notification of such

5   filing to the following: Amanda J. Stevens

6

7                            s/ James P. Hagarty
                          James P. Hagarty
8                          Assistant United States Attorney
                          United States Attorneys Office
9                          402 E. Yakima Ave., Suite 210
                          Yakima, WA    98901
10                         (509) 454-4425
                          Fax (509) 454-4435

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2